Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Cote. Esq. (State Bar No. 132889)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*
CARMEN JOHN PERRI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br>Plaintiff,<br><br>v.<br><br>DENNY'S #1918, a business form unknown, and Does 1-10,<br><br>Defendants. | Case No.: 2:17-cv-07905-JLS-AGR<br><br>Hon. Josephine L. Staton<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: October 28, 2017<br>Trial Date: None |

NOTICE OFVOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carmen John Perri ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : January 9, 2018

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    CARMEN JOHN PERRI

# CERTIFICATE OF SERVICE

I certify that on January 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: January 9, 2018            **MANNING LAW, APC**

By:    */s/ Joseph R. Manning, Jr., Esq.*
        Joseph R. Manning, Jr., Esq.
        Attorney for Plaintiff,
        CARMEN JOHN PERRI